UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHARONTA K. PORTER,           )<br>                              )<br>           Plaintiff,         )<br>    vs.                        )           1:06-cv-612-SEB-JMS<br>                              )<br>MICHAEL J. ASTRUE, Commissioner )<br> of the Social Security Administration, )<br>                              )<br>           Defendant.         ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Sharonta K. Porter is not entitled to Disability Insurance Benefits based on her application filed on October 18, 2002, is **AFFIRMED.**

Date:  05/25/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

J. Frank Hanley II
lawoffices@jfrankhanley.com